**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 09-cv-02647-PAB-KMT

EMMANUEL DAVIE, and
ISHA DAVIE,

     Plaintiffs,

v.

RELIANT CAPITAL SOLUTIONS, LLC,

     Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on plaintiffs' "Notice of Settlement" [Docket No. 5]. Within this notice, plaintiffs request leave "to seek reinstatement within Ninety (90) days from the date of entry of this notice . . . so as to have ample time to conclude the settlement process." The Court construes the notice as a motion to administratively close the case pursuant to Local Rule 41.2. Accordingly, it is

**ORDERED** that plaintiffs' "Notice of Settlement" [Docket No. 5] is construed as a motion to administratively close this case. It is further

**ORDERED** that the motion to administratively close this case [Docket No. 5] is GRANTED. It is further

**ORDERED** that this case shall be administratively closed. The case may be reopened by motion of any party and upon a showing of good cause. A motion to reopen, or a motion to extend the deadline, must be filed on or before March 24, 2010.

If neither such motion is filed by that date, this case shall be dismissed without prejudice, without further notice, and without further action by the Court.  It is further

**ORDERED** that all settings and deadlines in this case, including the scheduling conference before Magistrate Judge Kathleen M. Tafoya set for January 28, 2010, are hereby vacated.

Dated December 28, 2009.

BY THE COURT:

s/ Philip A. Brimmer
Philip A. Brimmer
United States District Judge